UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Dewina L Danley
                      Plaintiff,

v.                                    Case No.: 1:16−cv−02872
                                          Honorable Sharon Johnson Coleman

Joyce Zydlo
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 18, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's motion for extension of time to 7/28/2016 to file responsive pleading [24] is granted. No appearance required on 7/20/2016.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.