UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWINA L. DANLEY. ) | Civil Case No. 16-cv-2872 |
| ) | |
| Plaintiff, ) | Judge Sharon Johnson Coleman |
| ) | Magistrate Judge Jeffrey Cole |
| v. ) | |
| ) | |
| JOYCE R. ZYDLO, individually and as Trustee ) | **NOTICE OF MOTION** |
| of the Stanley M. Zydlo Trust, date[d] ) | **FOR RULE 26(d)(1) MOTION** |
| May 26, 1981, ) | **FOR LEAVE TO INITIATE** |
| ) | **EXPEDITED DISCOVERY ON** |
| Defendant ) | **"INFORMATION AND BELIEF"** |
| ) | **ALLEGATIONS** |

## NOTICE OF MOTION

To:
    Mason S. Cole, Esq.
    Amanda Banks, Esq.
    Cole Sadkin LLC
    20 S. Clark Street, Suite 500
    Chicago, Illinois 60603

PLEASE TAKE NOTICE that on Wednesday. August 3, 2016 at 8:45 a.m., the undersigned shall appear before the Honorable Sharon Johnson Coleman in the Courtroom usually occupied by her (Courtroom 1425) at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois 60604 and then and there present Defendant's Rule 26(d)(1) Motion for Leave to Initiate Expedited Discovery on "Information and Belief" Allegations, a copy of which motion is being served upon you.

                                        Respectfully Submitted,
                                        Defendant, Joyce R. Zydlo, individually and
                                        as Trustee of the Stanley M. Zydlo Trust, dated
                                        May 26, 1981,

                           By:   */s/Jeffrey C. Blumenthal*
                                        Her Attorney

Jeffrey C. Blumenthal
ARDC #3124049
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60062
Telephone: (847) 498-3220
Facsimile: (847) 498-3221
E-mail:jeffrey@jcblawyer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Motion was served on the below counsel for the plaintiffs via the Court's ECF system on July 28, 2016.

Mason S. Cole, Esq.
Amanda Banks, Esq.
Cole Sadkin LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603
Email: mcole@colesadkin.com
Phone: 312-548-8610

By: /s/Jeffrey C. Blumenthal
Attorney for Defendant, Joyce R. Zydlo